IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

ARLEATHA WILSON,

      Appellant,

v.

REEMPLOYMENT
ASSISTANCE      APPEALS
COMMISSION   AND   US
POSTAL SERVICE,

      Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-4018

Opinion filed September 16, 2016.

An appeal from an order from the Reemployment Assistance Appeals
Commission.
Frank E. Brown, Chairman.

Arleatha Wilson, pro se, Appellant.

Louis A. Gutierrez, Tallahassee, for Appellee.

PER CURIAM.

     AFFIRMED.

LEWIS, BILBREY, and WINOKUR, JJ., CONCUR.